## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMMANUEL JEAN-PHILIPPE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-5645 |
| | : | |
| HEATHER ADAMS, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 18th day of March, 2026, upon consideration of Plaintiff Emmanuel

Jean-Philippe's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF

No. 2), Defendant Danene Sorace's Motion to Dismiss the Complaint (ECF No. 23), and Jean-

Phillipe's Motion for Dismissal (ECF No. 24), which the Court construes as a response to

Sorace's Motion to Dismiss, a Motion to Dismiss the Complaint filed by the Lancaster County

District Attorney Heather Adams, and Assistant District Attorneys Travis A. Scott, Todd Brown,

Cody Wade, Tiffany Camarota, Christopher Miller, and Amy Suzanne Muller and (ECF No. 30),

and a Motion to Dismiss the Complaint filed by Lancaster County Police Officers Smith and

Marconi (ECF No. 31), **IT IS HEREBY ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Complaint is **DEEMED** filed.

    3.    For the reasons stated in the Court's Memorandum, the following claims are

**DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) because these

Defendants are immune from suit:

        i.    Jean-Philippe's official and individual capacity claims asserted against

Former Magisterial District Judge Edward Tobin, Magisterial District Judge Miles Bixler,

Lancaster County Court of Common Pleas Judges Dennis E. Reinaker and Merrill M. Spahn, Jr.; and

      ii.      Jean-Philippe's official and individual capacity claims against District Attorney Adams and Assistant District Attorneys Scott, Wade, Miller, and Muller.

4.      For the reasons stated in the Court's Memorandum, the following claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii): Jean-Philippe's Fourteenth Amendment claim against ADA Scott asserting a violation of *Brady v. Maryland*, 373 U.S. 83 (1961) and his Sixth Amendment claim against the named District Attorney and Assistant District Attorneys asserting a violation of his speedy trial rights.

5.      The Clerk of Court is **DIRECTED** to **TERMINATE** Defendants Tobin, Bixler, Reineker, Spahn, Adams, Scott, Wade, Miller, and Muller as Defendants.

6.      For the reasons stated in the Court's Memorandum, the following claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii): Jean-Philippe's official capacity claims asserted against the Lancaster County and City of Lancaster Defendants and his individual capacity claims against ADA Brown, Corporal Smith, and City of Lancaster Mayor Danene Sorace.

7.      The Clerk of Court is **DIRECTED** to send Jean-Philippe a blank copy of the Court's standard form civil rights complaint bearing the above civil action number. Jean-Philippe may use this form to file an amended complaint if he chooses to do so.

8.      Jean-Philippe is given thirty (30) days to file an amended complaint in the event he can allege additional facts to state a plausible claim against Brown, Smith, and Sorace. Any amended complaint shall identify all defendants in the caption of the amended complaint in

addition to identifying them in the body of the amended complaint, shall state the basis for Jean-Philippe's claims against each defendant, and shall bear the title "Amended Complaint" and the case number 25-5645.  If Jean-Philippe files an amended complaint, his amended complaint must be a complete document that includes all of the bases for his claims, **including claims that the Court has not yet dismissed if he seeks to proceed on those claims.  Claims that are not included in the amended complaint will not be considered part of this case.  Jean-Philippe should not, however, include claims that have been dismissed with prejudice in his amended complaint.**  When drafting his amended complaint, Jean-Philippe should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum.  Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

9.      If Jean-Philippe does not file an amended complaint the Court will direct service of his initial Complaint on Defendant Jonah Marconi only.  Jean-Philippe may also notify the Court that he seeks to proceed on these claims rather than file an amended complaint.  If he files such a notice, Jean-Philippe is reminded to include the case number for this case, 25-5645.

10.     The following motions are **DENIED AS MOOT**:

i.      Defendant Danene Sorace's Motion to Dismiss the Complaint (ECF No. 23), and Jean-Phillipe's Motion for Dismissal (ECF No. 24),

ii.     the Motion to Dismiss the Complaint filed by the Lancaster County District Attorney Heather Adams, and Assistant District Attorneys Travis A. Scott, Todd Brown, Cody Wade, Tiffany Camarota, Christopher Miller, and Amy Suzanne Muller and (ECF No. 30), and

3

iii.     the Motion to Dismiss the Complaint filed by Lancaster County Police

Officers Smith and Marconi (ECF No. 31).

11.     The time to serve process under Federal Rule of Civil Procedure 4(m) is

**EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are

issued.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL**
**United States District Court Judge**