**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EMMANUEL JEAN-PHILIPPE,<br>Plaintiff,<br><br>v.<br><br>JONAH MARCONI, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 5:25-cv-05645-JLS |

**ORDER**

**AND NOW**, this 17th day of September 2026, for the reasons given in the Court's accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

1. Jean-Philippe has twenty-one (21) days to file an amended complaint under the following conditions:

   a. The amended complaint must not name as defendants any person if the amended complaint's claim(s) against them has already been dismissed from this lawsuit with prejudice, *see* Dkt. No. 69;

   b. The amended complaint must identify all defendants in the caption of the amended complaint and in the body of the amended complaint;

   c. The amended complaint shall state the basis for Jean-Philippe's claims against each defendant;

   d. The amended complaint shall bear the title "Amended Complaint" and the case number 25-5645;

e. The amended complaint must be a complete document that includes all bases for his claims, including claims that the Court has not yet dismissed if he seeks to proceed on those claims;

f. Any claims omitted from the amended complaint will not be considered part of this case;

g. The amended complaint must not include any claims that have been dismissed with prejudice, *see* Dkt. No. 69;

2. If Jean-Philippe fails to file a proper amended complaint as outlined, the Court will direct service of his initial Complaint on Defendant Jonah Marconi only. Jean-Philippe may also notify the Court that he seeks to proceed on these claims rather than file an amended complaint. If he files such a notice, Jean-Philippe is reminded to include the case number for this case, 25-5645.

3. The following motions are **DENIED**:

a. Motion for Recusal, Dkt. No. 25;

b. Mandamus Motion, Dkt. No. 37;

c. Mandamus Motion, Dkt. No. 38;

d. Mandamus Motion, Dkt. No. 39;

e. Motion for Injunction and Hearing, Dkt. No. 43;

f. Motion to File a Supplemental Complaint, Dkt. No. 75;

g. Motion to Reconsider, Dkt. No. 76;

h. Motion to Reconsider, Dkt. No. 78;

i. Motion for Hearing, Dkt. No. 79;

j. Motion for Service, Dkt. No. 94;

k. Motion to Reconsider, Dkt. No.96;

l. Motion to Reconsider, Dkt. No. 97;

m. Motion to Reconsider, Dkt. No. 98;

n. Motion to Reconsider, Dkt. No. 99;

o. Motion to Reconsider, Dkt. No. 100;

p. Motion for Supersedeas, Dkt. No. 112;

q. Motion to Reconsider, Dkt. No. 116;

r. Motion to Reconsider, Dkt. No. 118;

s. Motion for Disqualification, Dkt. No. 125;

t. Motion for Preservation of Evidence, Dkt. No. 127;

u. Motion for Preservation of Evidence, Dkt. No. 129;

v. Motion in Limine, Dkt. No. 132;

w. Motion for Vacation of Judgment, Dkt. No. 133;

x. Motion for Supersedeas, Dkt. No. 134;

y. Motion for Rectification of Errors, Dkt. No. 135;

z. Motion for Rectification of Errors, Dkt. No. 137;

aa. Motion for Rectification of Errors, Dkt. No. 138;

bb. Motion to Dismiss, Dkt. No. 140;

cc. Motion to Dismiss, Dkt. No. 143;

dd. Motion to Dismiss, Dkt. No. 144;

ee. Motion to Cease, Dkt. No. 146;

ff. Motion to Cease, Dkt. No. 147;

4. The following motions are **DENIED** as moot:

a. Motion to Dismiss, Dkt. No. 51;

b. Motion to Strike, Dkt. No. 54;

c. Motion to Dismiss, Dkt. No. 55;

d. Motion to Dismiss, Dkt. No. 93;

e. Motion to Strike, Dkt. No. 150;

5. The following motions are **DENIED** and **STRIKEN**:

a. Motion for Recusal, Dkt. No. 53;

6. Jean-Philippe's motion to quash, Dkt. No. 72, is **GRANTED** and his motion for recusal, Dkt. No. 70, is **QUASHED**.

7. Jean-Philippe's motion for refund and service, Dkt. No. 88, is **PARTIALLY GRANTED** and **PARTIALLY DENIED**:

a. The Clerk of Court shall **REFUND** Jean-Philippe's filing fee because the Court previously granted his motion to proceed in forma pauperis; and

b. Jean-Philippe's request that the Court direct the U.S. Marshalls to serve the subpoenas is **DENIED**.

**BY THE COURT:**

*_/s/ Jeffrey L. Schmehl_*
JEFFREY L. SCHMEHL, J.